IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DAHLGREN, as Personal
Representative of the Estate of
DAVID AND MARY DAHLGREN,
Deceased,

    Plaintiff,

v.                                     CASE NO. 1:06-cv-00065-MP-AK

JERRY MULDROW,
SCHNEIDER SPECIALIZED CARRIERS INC.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Motion to Strike the Plaintiff's Untimely Expert Witness Disclosure, filed by Defendants. A telephone conference on this matter was held on Wednesday, June 20, 2007. During the conference, Defendants stated that Plaintiff disclosed a new expert witness in the field of safety engineering, Fred Ranck, on May 30, 2007. Defendants argued that this disclosure failed to comply with the Court's order at Doc. 19, which required Plaintiff to submit all expert witness reports on or before November 20, 2006. Because of this, Defendants requested that Mr. Ranck be stricken as an expert witness.

In response, Plaintiff stated that Mr. Ranck was incorrectly labeled as an expert in the Rule 26 addendum, and that he will not offer any expert testimony at trial. It appears that the matters for which Plaintiff seeks to use Mr. Ranck's testimony either involve expert opinion, or are more appropriately handled through instructions to the jury. Because Plaintiff failed to disclose Mr. Ranck's expert witness report by the deadline established by the Court, Defendants' motion to strike is granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's Motion to Strike the Plaintiff's Untimely Expert Witness Disclosure, Doc. 24, is granted, and Fred Ranck is prohibited from giving expert opinion testimony in this case.

**DONE AND ORDERED** this   *21st* day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge