IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DAHLGREN, as Personal
Representative of the Estate of
DAVID AND MARY DAHLGREN,
Deceased,

    Plaintiff,

v.                                                        CASE NO. 1:06-cv-00065-MP-AK

JERRY MULDROW,
SCHNEIDER SPECIALIZED CARRIERS INC.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on a pretrial conference held on November 30, 2007. At the conference, the parties stated that they continue to disagree over the applicability at trial of certain statutes and documents, and because of this, each party intended to file motions in limine. Plaintiff also anticipated filing a motion for partial summary judgment. In order to resolve these matters before trial, a hearing is set for Thursday, January 2, 2008, at 3:00 p.m. The parties shall file any motions in limine and any motions for summary judgment on or before Friday, December 14, 2007.

    **DONE AND ORDERED** this _30th_ day of November, 2007

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge