UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DAHLGREN, as Personal
Representative of the Estate of
DAVID AND MARY DAHLGREN,
Deceased,

Plaintiffs,                                   CASE NO. 1:06-cv-00065-MP-AK

vs.

JERRY MULDROW AND SCHNEIDER
SPECIALIZED CARRIERS, INC.,

        Defendants.

_____/

## PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD MOTION IN LIMINE

      PLAINTIFF, PAUL DAHLGREN, as Personal Representative of the Estate of DAVID AND MARY DAHLGREN, Deceased, by and through his attorney, Scot D. Goldberg, Esquire, hereby responds to Defendants' Third Motion In Limine.

      Plaintiffs response to Defendants' Third Motion In Limine is fully discussed in paragraph four (4) of Plaintiffs reply to Defendants Memorandum of Law in Opposition to Plaintiffs Motion for Partial Summary Judgment and will not therefore be discussed further herein. Plaintiff would readopt and incorporate his argument as previously stated in paragraph four (4) of Plaintiffs reply to Defendants Memorandum of Law in Opposition to Plaintiffs Motion for Partial Summary Judgment.

      Based on the foregoing Plaintiff respectfully submit that Defendants' Third Motion In Limine should be denied.

> BY: /s/ Scot D.Goldberg
> Florida Bar No.: 0045195
> GOLDBERG, RACILA,
> D'ALESSANDRO & NOONE, LLC
> Attorney for Plaintiff
> P.O. Box 190
> Fort Myers, FL 33902
> (239) 461-5508
> (239) 461-3915 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to Victor M. Halbach, Esquire, Marks Gray, Post Office Box 447, Jacksonville, FL 32201.

> /s/ Scot D. Goldberg
> Florida Bar No.: 0045195
> GOLDBERG, RACILA,
> D'ALESSANDRO & NOONE, LLC
> Attorney for Plaintiff
> P.O. Box 190
> Fort Myers, FL  33902
> (239) 461-5508
> (239) 461-3915 (Facsimile)