IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DAHLGREN, as Personal
Representative of the Estate of
DAVID AND MARY DAHLGREN,
Deceased,

   Plaintiff,

v.             CASE NO. 1:06-cv-00065-MP-AK

JERRY MULDROW AND SCHNEIDER
SPECIALIZED CARRIERS, INC.,

   Defendants.

_____/

**O R D E R**

   This matter is before the Court on Doc. 86, Notice of Settlement, filed by Defendants

Jerry Muldrow and Schneider Specialized Carriers, Inc.  In the motion, the parties states that this

case has been settled by the parties, and that the parties will bear their own costs and attorneys'

fees.  Accordingly, it is hereby

   **ORDERED AND ADJUDGED:**

    1.  The Plaintiff's complaint is dismissed with prejudice, all pending motions
       should be terminated, and this case closed.

    2.  The Court will retain jurisdiction for 60 days, however, to ensure that
       settlement is effected.

   **DONE AND ORDERED** this  *30th* day of January, 2008

      *s/Maurice M. Paul*
     Maurice M. Paul, Senior District Judge